**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 27 2019 ★

BROOKLYN OFFICE

AAS
F. #2019R01145

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

BO MAO,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No.
**CR 19-392**

**BLOCK, J.**

**LEVY, M.J.**

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant BO MAO's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           August 27, 2019

                                          RICHARD P. DONOGHUE
                                          United States Attorney
                                          Eastern District of New York
                                          Attorney for Plaintiff
                                          610 Federal Plaza
                                          Central Islip, New York 11722

                         By:     _____
                                   Alexander A. Solomon
                                   Assistant United States Attorney
                                   (718) 254-6074

Cc:    Clerk of the Court
       Peter Guadagnino, Esq.