# CR 19-392

## INFORMATION SHEET

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 27 2019 ★

**BROOKLYN OFFICE**

1. Title of Case: United States v. _Bo Mao_

2. Related Magistrate Docket Number(s): _N/A (NO Tx Complaint)_

3. Arrest Date: _8/14/19_

   **BLOCK, J.**

4. Nature of offense(s): ☒ Felony

   ☐ Misdemeanor

   **LEVY, M.J.**

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): _US v Huawei, 18-CR-457 (AMD)_

6. Projected Length of Trial:   Less than 6 weeks   ☒

   More than 6 weeks   ☐

7. County in which crime was allegedly committed: _N/A (waiver of venue)_
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules) _to Brooklyn_

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☐Yes ☒No

9. Has this indictment/information been ordered sealed?   ☐Yes ☒No

10. Have arrest warrants been ordered?   ☐Yes ☒No

11. Is there a capital count included in the indictment?   ☐Yes ☒No

RICHARD P. DONOGHUE
~~ROBERT L. CAPERS~~
UNITED STATES ATTORNEY.

By: _____

Assistant U.S. Attorney
(718) 254- 6074

---

[1]   Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12