## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __JAMES ORENSTEIN__        DATE: __8/28/19__

DOCKET NUMBER: __19 CR 392 (FB)__        LOG #: __11:51-12:02 pm__

DEFENDANT'S NAME: __BO MAO__
__✓__ Present    ___ Not Present    ___ Custody    ___ Bail

DEFENSE COUNSEL: __Marion Bachrach & Richard Roper__
___ Federal Defender    ___ CJA    __✓__ Retained

A.U.S.A: __ALEX SOLOMON__        CLERK: __E WILLIAMS__

INTERPRETER: __Stephanie Liu__        (Language) __Mandarin__

__✓__ Defendant arraigned on the: __information__ ~~indictment~~ ___ superseding indictment ___ probation violation

__✓__ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.

   ___ Defendant advised of bond conditions set by the Court and signed the bond.

   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

   ___ (Additional) surety/ies to co-sign bond by _____

   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop_____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: __Current bond continued w/ conditions set in Texas. Request to increase amount of bond can be set once all sureties are notified and agree. Defense counsel R. Roper granted to appear for today's proceeding.__