## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __JAMES ORENSTEIN__   DATE: __8/28/19__

DOCKET NUMBER: __19 CR 392 (FB)__   LOG #: __11:51-12:02 pm__

DEFENDANT'S NAME: __BO MAO__
  ✓ Present   ___ Not Present   ___ Custody   ___ Bail

DEFENSE COUNSEL: __Marion Bachrach & Richard Roper__
  ___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A: __ALEX SOLOMON__   CLERK: __E WILLIAMS__

INTERPRETER: __Stephanie Liu__   (Language) __Mandarin__

✓ Defendant arraigned on the: ✓ ~~indictment~~ _information_  ___ superseding indictment  ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

  ___ Bond set at _____.  Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered.  Start_____ Stop_____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: __Current bond continued w/ conditions set in Texas. Request to increase amount of bond can be set once all sureties are notified and agree. Defense counsel R. Roper granted to appear for today's proceeding.__