IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. ~~3:19-MJ-~~ 4:19-mj-647 |
| BO MAO | |

## DEFENDANT'S WAIVER OF INDICTMENT AND VENUE

I, BO MAO, the above named defendant who is accused by the above-referenced criminal ~~compliant~~ Complaint of knowingly and intentionally conspiring to devise a scheme and artifice to defraud a U.S.-based technology company (the "Victim Company"), and to obtain property from the Victim Company, by means of one or more materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice, to transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures and sounds, contrary to Title 18, United States Code, Section 1343;

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information in the Eastern District of New York rather than by indictment. I understand that I have a constitutional right to venue in the Northern District of Texas, and further agree to waive that right and to not contest venue in the ensuing criminal prosecution in the Eastern District of New York. I further agree to report to the U.S. District Court for the Eastern District of New York on August 28, 2019 for arraignment on the to-be filed information.

_____
BO MAO
Defendant

_____
Loui Itoh, Esq.
Counsel for Defendant

Dated:       August 19, 2019

Before:      _____
THE HONORABLE JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Waiver of Indictment and Venue–Page 2