# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

900 THIRD AVENUE • 20TH FLOOR
NEW YORK, NEW YORK 10022
212.751.3001
FAX 212.751.3113
www.tklaw.com

MARION J. BACHRACH
DIRECT DIAL: (212) 751-3341
EMAIL: Marion.Bachrach@tklaw.com

AUSTIN
DALLAS
DETROIT
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
SAN FRANCISCO

ALGIERS
LONDON
MONTERREY

September 4, 2019

**By ECF**

Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *United States v. Bo Mao*, 1:19-CR-00392-AMD-1
     Letter Motion to Change Date of Status Conference on September 12, 2019

Dear Judge Donnelly:

We represent the defendant in the above-referenced criminal case before this Court. We received an electronic notification on ECF that the Court scheduled a status conference for next Thursday morning, September 12 at 10:30 a.m.

Since I unfortunately have a conflict on that date, I spoke with the Court's Deputy, Ms. Greene, as well as with Assistant U.S. Attorney Alexander Solomon. Ms. Greene suggested the alternative date of Wednesday, September 11 at 2:30 p.m., which accords with the schedules for all parties.

Accordingly, we respectfully request that the status conference now scheduled for Thursday, September 12 at 10:30 a.m. be rescheduled for Wednesday, September 11 at 2:30 p.m. There has been no prior request to adjourn a conference.

Respectfully submitted,

Marion Bachrach

cc: AUSA Alexander Solomon (by email and ECF)