UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

BO MAO,                                                   1:19-Cr-000392 (AMD)

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Trial Attorney Laura Billings from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Trial Attorney Laura Billings
        Money Laundering and Asset Recovery Section
        U.S. Department of Justice (Criminal Division)
        1400 New York Ave., NW, 10th Floor
        Washington, D.C. 20005
        Tel:  (202) 305-1245
        Fax:   (202) 514-5522
        Email: laura.billings@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Laura Billings at the email address set forth above.

Dated:   Brooklyn, New York
           October 18, 2019

Respectfully submitted,

Deborah Connor
Chief, Money Laundering and Asset Recovery Section

By:   /s/ Laura Billings
       Laura Billings
       Trial Attorney

cc:   Clerk of the Court (AMD)