**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
PHONE 212.999.5800
FAX 212.999.5899
www.wsgr.com

November 4, 2019

**VIA CM/ECF**

The Honorable Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Bo Mao</u>, No. 1:19-cr-00392-AMD

Dear Judge Donnelly:

    This letter is respectfully submitted to advise Your Honor that my partner, Moe Fodeman, and I have been engaged by Professor Bo Mao to join his defense team in the above-referenced matter along with his current counsel of record, Richard B. Roper. We have today filed our notice of appearance via CM/ECF.

    We understand that there is a pretrial conference scheduled for November 13, 2019 at 10:30 am. We will confer with the government and apprise the Court in advance of the scheduled conference of the issues the defense we will want to address at the conference.

                                Respectfully submitted,

                                  WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation

                                  */s/ Michael Sommer*

                                  Michael S. Sommer
                                  Morris J. Fodeman

                                  *Counsel for Defendant Bo Mao*

Cc:  All Counsel of Record (via CM/ECF)