

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

November 15, 2019

<u>VIA CM/ECF</u>

The Honorable Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: <u>United States v. Bo Mao</u>, No. 1:19-cr-00392-AMD

Dear Judge Donnelly:

  We, together with Richard Roper of Thompson & Knight, LLP, represent the defendant in the above-referenced case. After consultation with your Courtroom Deputy, we write to respectfully request that the status conference recently moved by the Court to Wednesday, November 20, 2019 at 11:15 A.M. be rescheduled to the following day, Thursday, November 21, 2019 at 3:30 P.M. to accommodate Mr. Roper's schedule. We have consulted with the Government, and it consents to this request.

            Respectfully submitted,

            WILSON SONSINI GOODRICH & ROSATI
            Professional Corporation


            <u>*s/ Morris J. Fodeman*</u>
            Morris J. Fodeman
            Michael S. Sommer


cc: All counsel of Record (via CM/ECF)

AUSTIN BEIJING BOSTON BRUSSELS HONG KONG LONDON LOS ANGELES NEW YORK PALO ALTO
SAN DIEGO SAN FRANCISCO SEATTLE SHANGHAI WASHINGTON, DC WILMINGTON, DE