

U.S. Department of Justice

United States Attorney
Eastern District of New York

AAS
F. #2019R01145

271 Cadman Plaza East
Brooklyn, New York 11201

January 8, 2020

By Hand and ECF

The Honorable Pamela K. Chen
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Bo Mao
                 Criminal Docket No. 19-0392 (PKC)

Dear Judge Chen:

      The parties respectfully submit the attached proposed protective order regarding Rule 16 discovery for the Court's consideration and execution.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/ Alexander A. Solomon
      Alexander A. Solomon
      Assistant U.S. Attorney
      (718) 254-6074

Enclosure

cc:    Clerk of the Court (by email)
       Counsel of Record (by ECF)