

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AAS/CJN
F. #2019R01145

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 3, 2020

<u>By Email and ECF</u>

Moe Fodeman, Esq.
Wilson Sonsini
1301 Avenue of the
Americas 40th Floor
New York, New York 10019

      Re:    <u>United States v. Bo Mao</u>
            <u>Criminal Docket No. 19-392 (PKC)</u>

Dear Mr. Fodeman:

      Enclosed please find the government's second production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous production, and further installments will follow on a rolling basis. The discovery is being produced pursuant to the Protective Order entered by the Court on January 10, 2020. <u>See</u> ECF Docket Entry No. 30. The government also requests reciprocal discovery from the defendant.

I.    The Government's Discovery

| **Document Description** | **Category of Discovery Pursuant to Protective Order** | **Bates Range** |
|---|---|---|
| Transcripts, exhibits, pleadings, and other materials from the civil litigation between Huawei and CNEX | Attorneys' Eyes Only ("AEO")[1] | DOJ_MAO_A_0000000001- DOJ_MAO_A_0000006114 |

---

[1] The government is continuing to assess the discovery classification designations for materials in the bates range DOJ_MAO_A_0000000001- DOJ_HUAWEI_A_0000006114 and, depending on the outcome of such review, may reclassify as regular discovery certain materials classified as AEO in this production.

1

| | | |
|---|---|---|
| Transcripts, exhibits, pleadings, and other materials from the civil litigation between Huawei and CNEX | Discovery Material ("DM") | DOJ_MAO_A_0000006115-DOJ_MAO_A_0000048237 |
| Licensing agreement with CNEX | Sensitive Discovery Material ("SDM") | BM-000135204-BM- 000135208 |
| Search warrant affidavits | AEO | BM-000135209-BM- 000135234; BM-000135235-BM-000135259 |

        Very truly yours,

        RICHARD P. DONOGHUE
        United States Attorney

By:    /s/ Alexander Solomon
        Alexander A. Solomon
        Julia Nestor
        David. K. Kessler
        Assistant United States Attorney
        (718) 254-7000


        DEBORAH L. CONNOR
        Chief, Money Laundering and Asset
        Recovery Section, Criminal Division
        U.S. Department of Justice

By:    /s/ Christian Nauvel
        Christian J. Nauvel
        Laura Billings
        Trial Attorneys


        JAY I. BRATT
        Chief, Counterintelligence and Export
        Control Section
        National Security Division, U.S. Department
        of Justice

By:    /s/ Thea D. R. Kendler
        Thea D. R. Kendler
        David Lim
        Trial Attorneys


Enclosures

cc:    Clerk of the Court (PKC) (by ECF) (with Attachment/without Enclosures)