

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

AAS/CJN
F. #2019R01145

*271 Cadman Plaza East
Brooklyn, New York 11201*

February 11, 2020

By Email and ECF

Moe Fodeman, Esq.
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

      Re:    United States v. Bo Mao
                 Criminal Docket No. 19-392 (PKC)

Dear Mr. Fodeman:

      This letter concerns the government's third production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which is being delivered to your office today. This discovery supplements the government's previous productions, and further installments will follow on a rolling basis. The discovery is being produced pursuant to the Protective Order entered by the Court on January 10, 2020. See ECF Docket Entry No. 30. The government also requests reciprocal discovery from the defendant.

| Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Forensic images of:<br><br>- 3093-CP1 White/Silver Apple iPhone 7 Plus; Model: A1661; SIN: C39SH9ZDHFXX; IMEI: 359176073410206; Capacity: 128 GB<br>- 3093-CP1_1 Nano SIM Card; ICClD: 8901260941129457124F.<br>- 3093-CP2 Pink Apple iPhone 6s Plus; Model: A1699; SIN: C39QLRY6GRX5; IMEI:359294069584205; Capacity: 64 GB.<br>- 3093-CP2_1 Nano SIM Card; ICClD: 8901260941129190063F.<br>- 3093-CP3 Gold Huawei Cell Phone, Model: EVA-AL10; SIN: KWG5T16620005271; IMEI:862187030187092; IMEI:861757039400760; Capacity: 64 GB.<br>- 3093-CP3 _1 Nano SIM Card; ICClD: 13140049080091186894.<br>- 3093-CP3 _2 Nano SIM Card; ICCID: 13150049080090696470.<br>- 3093-COM1 Silver Apple MacBook Pro Laptop; Model: A1502; SIN: C02NJ9C2G3QJ | DM | N/A |

2

        Very truly yours,

        RICHARD P. DONOGHUE
        United States Attorney

By:   /s/ Alexander Solomon
        Alexander A. Solomon
        Julia Nestor
        David K. Kessler
        Sarah Evans
        Assistant United States Attorney
        (718) 254-7000

        DEBORAH L. CONNOR
        Chief, Money Laundering and Asset
        Recovery Section, Criminal Division
        U.S. Department of Justice

By:   /s/ Christian Nauvel
        Christian J. Nauvel
        Laura Billings
        Trial Attorneys

        JAY I. BRATT
        Chief, Counterintelligence and Export
        Control Section
        National Security Division, U.S. Department
        of Justice

By:   /s/ Thea D. R. Kendler
        Thea D. R. Kendler
        David Lim
        Trial Attorneys

Enclosure

cc:    Clerk of the Court (PKC) (by ECF) (without Enclosure)