

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/SME  
F. #2019R01145

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 25, 2020

By ECF

The Honorable Pamela K. Chen  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

   Re: United States v. Bo Mao  
     Criminal Docket No. 19-00392 (PKC)

Dear Judge Chen:

  The government respectfully submits this letter to memorialize the filing of its ex parte, sealed classified letter in response to the Court's order on February 4, 2020 that the government provide further support for its proposed briefing schedule pursuant to the Classified Information Procedures Act, 18 U.S.C. app. III, as well as information regarding the review process undertaken by the government to date.

           Respectfully submitted,

           RICHARD P. DONOGHUE  
           United States Attorney

       By: /s/ Sarah M. Evans  
           Alexander A. Solomon  
           Sarah M. Evans  
           Assistant U.S. Attorneys  
           (718) 254-7000

Cc: Defense counsel (by ECF)