

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/SME/LMB/CJN
F. #2019R01145

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 28, 2020

By FedEx and ECF

Moe Fodeman, Esq.
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

        Re:    United States v. Bo Mao
                 Criminal Docket No. 19-392 (PKC)

Dear Mr. Fodeman:

        Enclosed please find three media containing the government's fourth production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions, dated January 22, 2020; February 3, 2020; and February 11, 2020. This discovery is being produced pursuant to the Protective Order entered by the Court on January 10, 2020. See ECF Docket Entry No. 30. Certain identifying terms used herein – specifically, the "Civil Trial," the "Victim Company," "Company 1," and the "Texas University," – are defined in the complaint in this matter. See United States v. Bo Mao, 4:19-MJ-647 (N.D.Tex.). The government also requests reciprocal discovery from the defendant.

| | Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|---|
| 1 | USB drive containing transcripts, exhibits, pleadings, and other materials from the Civil Trial | Sensitive Discovery Material ("SDM") | DOJ_MAO_A_0000048238 – 0000048259 |
| | | Attorneys' Eyes Only ("AEO") | DOJ_MAO_A_0000048260 – 0000087719; DOJ_MAO_A_0000090056 – 0000090057; DOJ_MAO_A_0000090690; DOJ_MAO_A_0000090888 |
| | | Regular Discovery Material ("DM") | DOJ_MAO_A_0000087720 – 0000090055; DOJ_MAO_A_0000090058 – 0000090689; DOJ_MAO_A_0000090691 – 0000090887; DOJ_MAO_A_0000090889 – 0000123254 |
| 2 | USB drive containing documents from the Texas University | SDM | DOJ_MAO_A_0000123255 – 0000174847 |
| | | DM | DOJ_MAO_A_0000174848 – 0000186086 |
| 3 | Hard drive containing documents produced to the Victim Company by Company 1 in connection with the Civil Trial | The designated discovery category appears on the face of each document. | DOJ_MAO_A_0000186087 – 0003514439 |

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Alexander A. Solomon
       Alexander A. Solomon
       Sarah M. Evans
       Assistant U.S. Attorneys
       (718) 254-7000

2

                    DEBORAH L. CONNOR
                    Chief, Money Laundering and
                    Asset Recovery Section, Criminal Division
                    U.S. Department of Justice

By:   /s/ Christian Nauvel
                    Christian J. Nauvel
                    Laura Billings
                    Trial Attorneys

                    JAY I. BRATT
                    Chief, Counterintelligence and Export Control Section
                    National Security Division, U.S. Department of Justice

By:   /s/ Thea D. R. Kendler
                    Thea D. R. Kendler
                    David Lim
                    Trial Attorneys

Enclosures

cc:    Clerk of the Court (PKC) (by ECF) (without enclosures)