

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/SME/LMB/CJN
F. #2019R01145

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 3, 2020

By FedEx and ECF

Moe Fodeman, Esq.
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

      Re:    United States v. Bo Mao
                Criminal Docket No. 19-392 (PKC)

Dear Mr. Fodeman:

        Enclosed please find the government's fifth production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions, dated January 22, 2020; February 3, 2020; February 11, 2020; and February 28, 2020. This discovery is being produced pursuant to the Protective Order entered by the Court on January 10, 2020. See ECF Docket Entry No. 30. Certain identifying terms used herein are defined in the complaint in this matter. See United States v. Bo Mao, 4:19-MJ-647 (N.D.Tex.). The government also requests reciprocal discovery from the defendant.

| Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Transcripts, exhibits, pleadings, and other materials from the Civil Trial | Attorneys' Eyes Only ("AEO") | DOJ_MAO_A_0003514440 - DOJ_MAO_A_0003715720 |
| | Regular Discovery Material | DOJ_MAO_A_0003715721 - DOJ_MAO_A_0003770486 |
| | AEO | DOJ_MAO_A_0003770487 - DOJ_MAO_A_0003770489 |

    Very truly yours,

    RICHARD P. DONOGHUE
    United States Attorney

By:   /s/ Sarah M. Evans
    Alexander A. Solomon
    Sarah M. Evans
    Assistant U.S. Attorneys
    (718) 254-7000

    DEBORAH L. CONNOR
    Chief, Money Laundering and Asset Recovery Section, Criminal Division
    U.S. Department of Justice

By:   /s/ Christian Nauvel
    Christian J. Nauvel
    Laura Billings
    Trial Attorneys

    JAY I. BRATT
    Chief, Counterintelligence and Export Control Section
    National Security Division
    U.S. Department of Justice

By:   /s/ Thea D. R. Kendler
    Thea D. R. Kendler
    David Lim
    Trial Attorneys

Enclosures

cc:    Clerk of the Court (PKC) (by ECF) (without enclosures)