

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/SME/LMB/CJN
F. #2019R01145

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 6, 2020

By FedEx and ECF

Moe Fodeman, Esq.
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

   Re: United States v. Bo Mao
      Criminal Docket No. 19-392 (PKC)

Dear Mr. Fodeman:

  Enclosed please find a CD containing an overlay for three previously produced documents identified as "Attorneys' Eyes Only" pursuant to the Protective Order entered by the Court on January 10, 2020.  See ECF Docket Entry No. 30.

          Very truly yours,

          RICHARD P. DONOGHUE
          United States Attorney

     By: /s/ Sarah M. Evans
        Alexander A. Solomon
        Sarah M. Evans
        Assistant U.S. Attorneys
        (718) 254-7000

        DEBORAH L. CONNOR
        Chief, Money Laundering and Asset
        Recovery Section, Criminal Division
        U.S. Department of Justice

        By:   /s/ Christian Nauvel
               Christian J. Nauvel
               Laura Billings
               Trial Attorneys

               JAY I. BRATT
               Chief, Counterintelligence and
               Export Control Section
               National Security Division
               U.S. Department of Justice

        By:   /s/ Thea D. R. Kendler
               Thea D. R. Kendler
               David Lim
               Trial Attorneys

Enclosure

cc:    Clerk of the Court (PKC) (by ECF) (without enclosures)