

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AAS/SME/LMB/CJN
F. #2019R01145

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 30, 2020

<u>By E-mail</u>

Moe Fodeman, Esq.
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

      Re:    United States v. Bo Mao
               <u>Criminal Docket No. 19-392 (PKC)</u>

Dear Mr. Fodeman:

      Enclosed please find a metadata overlay for documents previously produced at Bates Range DOJ_MAO_A_0000186087 – 0003514439.

      Very truly yours,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/ Sarah M. Evans
      Alexander A. Solomon
      Sarah M. Evans
      Assistant U.S. Attorneys
      (718) 254-7000

      DEBORAH L. CONNOR
      Chief, Money Laundering and Asset
      Recovery Section, Criminal Division
      U.S. Department of Justice

By:    /s/ Christian Nauvel
      Christian J. Nauvel
      Laura Billings
      Trial Attorneys

                                JAY I. BRATT
                                Chief, Counterintelligence and
                                Export Control Section
                                National Security Division
                                U.S. Department of Justice

                    By:    /s/ Thea D. R. Kendler
                                Thea D. R. Kendler
                                David Lim
                                Trial Attorneys

Enclosure

cc:     Clerk of the Court (PKC) (by ECF) (without enclosures)