

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/SME/LB/CJN
F. #2019R01145

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 18, 2020

By Email and ECF

Moe Fodeman, Esq.
Wilson Sonsini Goodrich & Rosati, PC
1301 Avenue of the Americas
40th Floor
New York, NY 10019

        Re:    United States v. Bo Mao
                 Criminal Docket No. 19-392 (PKC)

Dear Mr. Fodeman:

        Enclosed please find the government's seventh production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure ("FRCP 16").  This discovery supplements the government's previous productions dated January 22, 2020; February 3, 2020; February 11, 2020, February 28, 2020; March 3, 2020, and March 5, 2020. The discovery is being produced pursuant to the Protective Order entered by the Court on January 10, 2020.  See ECF Docket Entry No. 30.  Draft transcripts and translations are produced pursuant to the parties' stipulation regarding the same.  See EC Docket Entry No. 49.  Certain identifying terms used herein are defined in the complaint in this matter.  See United States v. Bo Mao, 4:19-MJ-647 (N.D.Tex.).  The government also requests reciprocal discovery from the defendant.

        The enclosed discovery consists of the following:

| | **Document Description** | **Category of Discovery Pursuant to Protective Order** | **Bates Range** |
|---|---|---|---|
| 1 | Draft transcript of the defendant's post-arrest statement | Discovery Material ("DM") | DOJ_MAO_A_0003770490 - DOJ_MAO_A_0003770553 |
| 2 | Documents from financial institutions | DM | DOJ_MAO_A_0003770554 – DOJ_MAO_A_0003770732 |
| 3 | Documents from the Victim Company | Sensitive Discovery Material ("SDM") | DOJ_MAO_A_0003770733 – DOJ_MAO_A_0003774454 |
| 4 | Draft transcripts and translations of recordings from the Mansfield Law Enforcement Center in Mansfield, Texas | DM | DOJ_MAO_A_0003774455 – DOJ_MAO_A_0003774510 |
| 5 | Documents from a venture capital firm | SDM | DOJ_MAO_A_0003774511 – DOJ_MAO_A_0003774597 |
| 6 | Documents from the Texas University | DM | DOJ_MAO_A_0003774598 – DOJ_MAO_A_0003774631 |
| 7 | Documents from the Victim Company | DM and SDM (See Attachment 1) | DOJ_MAO_A_0003774632 – DOJ_MAO_A_0003793258 |

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:  /s/ Sarah M. Evans
Alexander A. Solomon
Sarah M. Evans
Assistant United States Attorneys
(718) 254-7000

2

        DEBORAH L. CONNOR
        Chief, Money Laundering and Asset
        Recovery Section, Criminal Division
        U.S. Department of Justice

By: /s/ Christian J. Nauvel
    Laura Billings
    Christian J. Nauvel
    Trial Attorneys

    JAY I. BRATT
    Chief, Counterintelligence and Export
    Control Section
    National Security Division, U.S. Department
    of Justice

By: /s/ Thea D. R. Kendler
    Thea D. R. Kendler
    David Lim
    Trial Attorneys

cc: Clerk of the Court (PKC) (by ECF) (without Enclosures)

| PRODUCTION BEGDOC | PRODUCTION ENDDOC | DISCOVERY TYPE |
|---|---|---|
| DOJ_MAO_A_0003774632 | DOJ_MAO_A_0003774763 | Sensitive Discovery |
| DOJ_MAO_A_0003774764 | DOJ_MAO_A_0003774765 | Regular Discovery |
| DOJ_MAO_A_0003774766 | DOJ_MAO_A_0003777579 | Sensitive Discovery |
| DOJ_MAO_A_0003777580 | DOJ_MAO_A_0003777594 | Regular Discovery |
| DOJ_MAO_A_0003777595 | DOJ_MAO_A_0003777887 | Sensitive Discovery |
| DOJ_MAO_A_0003777888 | DOJ_MAO_A_0003777892 | Regular Discovery |
| DOJ_MAO_A_0003777893 | DOJ_MAO_A_0003778205 | Sensitive Discovery |
| DOJ_MAO_A_0003778206 | DOJ_MAO_A_0003778209 | Regular Discovery |
| DOJ_MAO_A_0003778210 | DOJ_MAO_A_0003778251 | Sensitive Discovery |
| DOJ_MAO_A_0003778252 | DOJ_MAO_A_0003778255 | Regular Discovery |
| DOJ_MAO_A_0003778256 | DOJ_MAO_A_0003778441 | Sensitive Discovery |
| DOJ_MAO_A_0003778442 | DOJ_MAO_A_0003778444 | Regular Discovery |
| DOJ_MAO_A_0003778445 | DOJ_MAO_A_0003779168 | Sensitive Discovery |
| DOJ_MAO_A_0003779169 | DOJ_MAO_A_0003779173 | Regular Discovery |
| DOJ_MAO_A_0003779174 | DOJ_MAO_A_0003779222 | Sensitive Discovery |
| DOJ_MAO_A_0003779223 | DOJ_MAO_A_0003779226 | Regular Discovery |
| DOJ_MAO_A_0003779227 | DOJ_MAO_A_0003779442 | Sensitive Discovery |
| DOJ_MAO_A_0003779443 | DOJ_MAO_A_0003779447 | Regular Discovery |
| DOJ_MAO_A_0003779448 | DOJ_MAO_A_0003779602 | Sensitive Discovery |
| DOJ_MAO_A_0003779603 | DOJ_MAO_A_0003779608 | Regular Discovery |
| DOJ_MAO_A_0003779609 | DOJ_MAO_A_0003779622 | Sensitive Discovery |
| DOJ_MAO_A_0003779623 | DOJ_MAO_A_0003779626 | Regular Discovery |
| DOJ_MAO_A_0003779627 | DOJ_MAO_A_0003780473 | Sensitive Discovery |
| DOJ_MAO_A_0003780474 | DOJ_MAO_A_0003780487 | Regular Discovery |
| DOJ_MAO_A_0003780488 | DOJ_MAO_A_0003781027 | Sensitive Discovery |
| DOJ_MAO_A_0003781031 | DOJ_MAO_A_0003782026 | Sensitive Discovery |
| DOJ_MAO_A_0003782027 | DOJ_MAO_A_0003782079 | Regular Discovery |
| DOJ_MAO_A_0003782080 | DOJ_MAO_A_0003782260 | Sensitive Discovery |
| DOJ_MAO_A_0003782261 | DOJ_MAO_A_0003782294 | Regular Discovery |
| DOJ_MAO_A_0003782295 | DOJ_MAO_A_0003782306 | Sensitive Discovery |
| DOJ_MAO_A_0003782307 | DOJ_MAO_A_0003782321 | Regular Discovery |

| | | |
|---|---|---|
| DOJ_MAO_A_0003782322 | DOJ_MAO_A_0003782407 | Sensitive Discovery |
| DOJ_MAO_A_0003782408 | DOJ_MAO_A_0003782475 | Regular Discovery |
| DOJ_MAO_A_0003782476 | DOJ_MAO_A_0003782498 | Sensitive Discovery |
| DOJ_MAO_A_0003782499 | DOJ_MAO_A_0003782742 | Regular Discovery |
| DOJ_MAO_A_0003782743 | DOJ_MAO_A_0003782854 | Sensitive Discovery |
| DOJ_MAO_A_0003782855 | DOJ_MAO_A_0003782863 | Regular Discovery |
| DOJ_MAO_A_0003782864 | DOJ_MAO_A_0003783266 | Sensitive Discovery |
| DOJ_MAO_A_0003783267 | DOJ_MAO_A_0003783269 | Regular Discovery |
| DOJ_MAO_A_0003783270 | DOJ_MAO_A_0003784155 | Sensitive Discovery |
| DOJ_MAO_A_0003784156 | DOJ_MAO_A_0003784160 | Regular Discovery |
| DOJ_MAO_A_0003784161 | DOJ_MAO_A_0003784400 | Sensitive Discovery |
| DOJ_MAO_A_0003784401 | DOJ_MAO_A_0003784696 | Regular Discovery |
| DOJ_MAO_A_0003784697 | DOJ_MAO_A_0003784873 | Sensitive Discovery |
| DOJ_MAO_A_0003784874 | DOJ_MAO_A_0003784887 | Regular Discovery |
| DOJ_MAO_A_0003784888 | DOJ_MAO_A_0003785104 | Sensitive Discovery |
| DOJ_MAO_A_0003785105 | DOJ_MAO_A_0003785225 | Regular Discovery |
| DOJ_MAO_A_0003785226 | DOJ_MAO_A_0003785323 | Sensitive Discovery |
| DOJ_MAO_A_0003785324 | DOJ_MAO_A_0003785327 | Regular Discovery |
| DOJ_MAO_A_0003785328 | DOJ_MAO_A_0003785415 | Sensitive Discovery |
| DOJ_MAO_A_0003785416 | DOJ_MAO_A_0003785425 | Regular Discovery |
| DOJ_MAO_A_0003785426 | DOJ_MAO_A_0003785556 | Sensitive Discovery |
| DOJ_MAO_A_0003785557 | DOJ_MAO_A_0003785572 | Regular Discovery |
| DOJ_MAO_A_0003785573 | DOJ_MAO_A_0003785893 | Sensitive Discovery |
| DOJ_MAO_A_0003785894 | DOJ_MAO_A_0003785937 | Regular Discovery |
| DOJ_MAO_A_0003785938 | DOJ_MAO_A_0003786134 | Sensitive Discovery |
| DOJ_MAO_A_0003786135 | DOJ_MAO_A_0003786143 | Regular Discovery |
| DOJ_MAO_A_0003786144 | DOJ_MAO_A_0003786309 | Sensitive Discovery |
| DOJ_MAO_A_0003786310 | DOJ_MAO_A_0003786316 | Regular Discovery |
| DOJ_MAO_A_0003786317 | DOJ_MAO_A_0003786469 | Sensitive Discovery |
| DOJ_MAO_A_0003786470 | DOJ_MAO_A_0003786474 | Regular Discovery |
| DOJ_MAO_A_0003786475 | DOJ_MAO_A_0003786703 | Sensitive Discovery |
| DOJ_MAO_A_0003786704 | DOJ_MAO_A_0003786707 | Regular Discovery |

| | | |
|---|---|---|
| DOJ_MAO_A_0003786708 | DOJ_MAO_A_0003786782 | Sensitive Discovery |
| DOJ_MAO_A_0003786783 | DOJ_MAO_A_0003786844 | Regular Discovery |
| DOJ_MAO_A_0003786845 | DOJ_MAO_A_0003786940 | Sensitive Discovery |
| DOJ_MAO_A_0003786941 | DOJ_MAO_A_0003786946 | Regular Discovery |
| DOJ_MAO_A_0003786947 | DOJ_MAO_A_0003787237 | Sensitive Discovery |
| DOJ_MAO_A_0003787238 | DOJ_MAO_A_0003787243 | Regular Discovery |
| DOJ_MAO_A_0003787244 | DOJ_MAO_A_0003787328 | Sensitive Discovery |
| DOJ_MAO_A_0003787329 | DOJ_MAO_A_0003787416 | Regular Discovery |
| DOJ_MAO_A_0003787417 | DOJ_MAO_A_0003787501 | Sensitive Discovery |
| DOJ_MAO_A_0003787502 | DOJ_MAO_A_0003787581 | Regular Discovery |
| DOJ_MAO_A_0003787582 | DOJ_MAO_A_0003787700 | Sensitive Discovery |
| DOJ_MAO_A_0003787701 | DOJ_MAO_A_0003787771 | Regular Discovery |
| DOJ_MAO_A_0003787772 | DOJ_MAO_A_0003788517 | Sensitive Discovery |
| DOJ_MAO_A_0003788518 | DOJ_MAO_A_0003788580 | Regular Discovery |
| DOJ_MAO_A_0003788581 | DOJ_MAO_A_0003790395 | Sensitive Discovery |
| DOJ_MAO_A_0003790396 | DOJ_MAO_A_0003790404 | Regular Discovery |
| DOJ_MAO_A_0003790405 | DOJ_MAO_A_0003791331 | Sensitive Discovery |
| DOJ_MAO_A_0003791332 | DOJ_MAO_A_0003791437 | Regular Discovery |
| DOJ_MAO_A_0003791438 | DOJ_MAO_A_0003791846 | Sensitive Discovery |
| DOJ_MAO_A_0003791847 | DOJ_MAO_A_0003791895 | Regular Discovery |
| DOJ_MAO_A_0003791896 | DOJ_MAO_A_0003791909 | Sensitive Discovery |
| DOJ_MAO_A_0003791910 | DOJ_MAO_A_0003791916 | Regular Discovery |
| DOJ_MAO_A_0003791917 | DOJ_MAO_A_0003791991 | Sensitive Discovery |
| DOJ_MAO_A_0003791992 | DOJ_MAO_A_0003792048 | Regular Discovery |
| DOJ_MAO_A_0003792049 | DOJ_MAO_A_0003792094 | Sensitive Discovery |
| DOJ_MAO_A_0003792095 | DOJ_MAO_A_0003792123 | Regular Discovery |
| DOJ_MAO_A_0003792124 | DOJ_MAO_A_0003792149 | Sensitive Discovery |
| DOJ_MAO_A_0003792150 | DOJ_MAO_A_0003792170 | Regular Discovery |
| DOJ_MAO_A_0003792171 | DOJ_MAO_A_0003792196 | Sensitive Discovery |
| DOJ_MAO_A_0003792197 | DOJ_MAO_A_0003792206 | Regular Discovery |
| DOJ_MAO_A_0003792207 | DOJ_MAO_A_0003792504 | Sensitive Discovery |
| DOJ_MAO_A_0003792505 | DOJ_MAO_A_0003792510 | Regular Discovery |

| | | |
|---|---|---|
| DOJ_MAO_A_0003792511 | DOJ_MAO_A_0003792520 | Sensitive Discovery |
| DOJ_MAO_A_0003792521 | DOJ_MAO_A_0003792811 | Regular Discovery |
| DOJ_MAO_A_0003792812 | DOJ_MAO_A_0003792860 | Sensitive Discovery |
| DOJ_MAO_A_0003792861 | DOJ_MAO_A_0003793258 | Regular Discovery |