

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/SME/LB/CJN
F. #2019R01145

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 25, 2020

<u>By Email and ECF</u>

Moe Fodeman, Esq.
Wilson Sonsini Goodrich & Rosati, PC
1301 Avenue of the Americas
40th Floor
New York, NY 10019

        Re:    United States v. Bo Mao
                  <u>Criminal Docket No. 19-392 (PKC)</u>

Dear Mr. Fodeman:

        Enclosed please find the government's eighth production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure ("FRCP 16"). This discovery supplements the government's previous productions dated January 22, 2020; February 3, 2020; February 11, 2020, February 28, 2020; March 3, 2020, March 5, 2020, and March 18, 2020. The discovery is being produced pursuant to the Protective Order entered by the Court on January 10, 2020. <u>See</u> ECF Docket Entry No. 30. The government again requests reciprocal discovery from the defendant.

        The enclosed discovery consists of the following:

| | Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|---|
| 1 | <u>Miranda</u> waiver form - Chinese | Discovery Material ("DM") | BM-000135891 |

        Very truly yours,

        RICHARD P. DONOGHUE
        United States Attorney

By:    /s/ Sarah M. Evans
        Alexander A. Solomon
        Sarah M. Evans
        Assistant United States Attorneys
        (718) 254-7000

        DEBORAH L. CONNOR
        Chief, Money Laundering and Asset
        Recovery Section, Criminal Division
        U.S. Department of Justice

By:    /s/ Christian J. Nauvel
        Laura Billings
        Christian J. Nauvel
        Trial Attorneys

        JAY I. BRATT
        Chief, Counterintelligence and Export
        Control Section
        National Security Division, U.S. Department
        of Justice

By:    /s/ Thea D. R. Kendler
        Thea D. R. Kendler
        David Lim
        Trial Attorneys

cc:    Clerk of the Court (PKC) (by ECF) (without Enclosures)