**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

August 18, 2020

<u>**VIA CM/ECF**</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>*United States v. Bo Mao*</u>, No. 1:19-cr-00392-PKC

Dear Judge Chen:

      We represent the defendant, Professor Bo Mao, in the above-captioned criminal case. We write with the consent of the Government to respectfully request an additional four-week adjournment of the date to file pre-trial motions. The resulting schedule would have the motions filed on September 18, 2020, responses filed by October 16, 2020, and replies filed by November 18, 2020.

      We thank the Court in advance for its courtesy in this regard.

      Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Morris J. Fodeman*
Morris J. Fodeman
Michael S. Sommer

THOMPSON & KNIGHT LLP

*s/ Richard B. Roper, III*
Richard B. Roper

*Counsel for Professor Bo Mao*

cc:    All Counsel of Record (via CM/ECF)

AUSTIN    BEIJING    BOSTON    BRUSSELS    HONG KONG    LONDON    LOS ANGELES    NEW YORK    PALO ALTO
SAN DIEGO    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, DC    WILMINGTON, DE