

U.S. Department of Justice

United States Attorney
Eastern District of New York

SME
F. #2019R01145

271 Cadman Plaza East
Brooklyn, New York 11201

November 5, 2020

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Bo Mao
                Criminal Docket No. 19-00392 (PKC)

Dear Judge Chen:

      The parties write to confirm their availability for jury selection and trial in the above-referenced matter on July 6, 2021. The parties have conferred and jointly request the following pre-trial schedule:

- Pre-trial motions due: January 11, 2021
- Pre-trial motions responses due: February 8, 2021
- Pre-trial motions replies (if any) due: March 8, 2021
- CIPA 4 due: January 11, 2021
- Government expert disclosure due: March 15, 2021
- Defense expert disclosure due: April 12, 2021
- Government 3500/exhibits due: May 18, 2021
- Motions in limine due: June 2, 2021
- Responses to motions in limine due: June 23, 2021
- Defense witness list/exhibits due: June 14, 2021
- Government motions in limine regarding defense witnesses/exhibits due: June 21, 2021
- Defense response to any motions in limine regarding defense witnesses/exhibits due: June 28, 2021

- Oral argument on all motions in limine: June 30, 2021 (or on another day determined by the Court).

                                                    Respectfully submitted,
                                                    SETH D. DUCHARME
                                                    Acting United States Attorney

                       By:       /s/ Sarah M. Evans
                                                    Alexander A. Solomon
                                                    Sarah M. Evans
                                                    Assistant U.S. Attorneys
                                                    (718) 254-7000

Cc: Defense counsel (by ECF)